```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JORGE PECEROS PERALTA, FREDY VILLATORO,
GERZO MARIO ZALDIVAR, and MARVIN ZALDIVAR,
Individually and on behalf of all others
similarly situated,
                                              ORDER
                 Plaintiffs,         11-CV-0867(JS)(AKT)

        - against -

SOUNDVIEW AT GLEN COVE, INC. and
BARBARA GRAZIOSE,

                 Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:   Steven John Moser, Esq.
                  1 School Street, Suite 303
                  Glen Cove, NY 11542

For Defendants:   Robert Connolly, Esq.
                  Bee Ready Fishbein Hatter & Donovan, LLP
                  170 Old Country Road, Suite 200
                  Mineola, NY 11501
```

SEYBERT, District Judge:

Pending before the Court is the parties' stipulation of dismissal. (Docket Entry 20.) This is a Fair Labor Standards Act ("FLSA") case, and therefore the settlement must be judicially-approved. See, e.g., Wolinsky v. Scholastic Inc., No. 11-CV-5917, 2012 WL 2700381, at *1 (S.D.N.Y. July 5, 2012). Within thirty days, the parties shall either submit the settlement for the Court's review or provide the Court with a status update.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: July  26 , 2012
       Central Islip, New York